

# NUMBER 13-25-00541-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**DOUGLAS LOIL TANKERSLEY,**                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                **Appellee.**

---

## ON APPEAL FROM THE 51ST DISTRICT COURT
## OF IRION COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Peña and West
Memorandum Opinion by Justice Peña**

This cause is before the Court upon its own motion.[1] Appellant filed a notice of appeal attempting to appeal a judgment of conviction in count number fourteen in trial court cause number CR21-006. We now dismiss the appeal for want of jurisdiction.

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE § 73.001.

Upon review of the documents before use, the trial court has certified that appellant "waived rt. to appeal guilty on [counts] 1-14 [and] punishment on [count] 14." *See* TEX. R. APP. P. 25.2(a)(2). On October 27, 2025, we ordered appellant's counsel to review the record and determine whether appellant had the right to appeal. Appellant's counsel has failed to respond to the Order or otherwise that appellant has a right to appeal count fourteen.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id.* R. 25.2(d), 37.1, and 44.3. Accordingly, this case is dismissed for want of jurisdiction. Finally, we note appellant's appeal of counts one through thirteen is still pending before the Court in cause number 13-25-00531-CR.

L. ARON PEÑA JR.
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
5th day of February, 2026.

2